| | |
|---|---|
| 1 | SUSAN ST. VINCENT |
| | Legal Officer |
| 2 | RACHEL CARTIER |
| | Legal Intern |
| 3 | National Park Service |
| | P.O. Box 517 |
| 4 | Yosemite, California 95389 |
| | Telephone: (209) 372-0241 |
| 5 | |
| 6 | |
| 7 | UNITED STATES DISTRICT COURT |
| 8 | EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 9 | UNITED STATES OF AMERICA, ) | CASE NUMBER: 6:10-MJ-00018 YNP |
| 10 | Plaintiff, ) | STIPULATION TO CONTINUE THE TRIAL DATE AND SET NEW TRIAL |
| 11 | vs. ) | SCHEDULE AND ORDER |
| 12 | ) | |
| 13 | ELOY MARCUS DIAZ, ) | |
| 14 | Defendant. ) | Court: U.S. Magistrate |
| 15 | ) | Judge: Honorable Michael J. Seng |

16  IT IS HEREBY STIPULATED by and between Rachel Cartier, the legal intern for the

17 National Park Service, Defendant, Eloy Marcus Diaz, and his attorney of record, Jeremy Kroger,

18 that the trial in the above-captioned matter currently scheduled for August 11, 2010 be continued

19 until September 29, 2010 at 10:00 a.m. There will be a trial confirmation date scheduled for

20 September 7, 2010 at 10:00 a.m. Trial briefs and motions will be due by September 13, 2010.

21 Oppositions will be due by September 20, 2010. Witness lists, exhibit lists, expert lists and the

22 trial binders will be due by September 27, 2010.

23

24 Dated: July 30, 2010         /s/ Rachel Cartier
                                 Rachel Cartier
25                               Legal Intern for
                                 National Park Service
26

27 Dated: July 30, 2010         /s/ Jeremy Kroger
                                 Jeremy Kroger
28                               Attorney for
                                 Eloy Marcus Diaz

1

* * * ORDER * * *

The Court, having reviewed the above request to continue the trial date, now set for August 11, 2010, and requested to be continued until September 29, 2010 at 10 a.m, HEREBY ORDERS AS FOLLOWS:

1. The trial in the above-captioned matter currently scheduled for August 11, 2010 will be continued until September 29, 2010 at 10:00 a.m.
2. There will be a trial confirmation date scheduled for September 7, 2010 at 10:00 a.m.
3. Trial briefs and motions will be due by September 13, 2010.
4. Oppositions will be due by September 20, 2010.
5. Witness lists, exhibit lists, expert lists and the trial binders will be due by September 27, 2010.

IT IS SO ORDERED.

Dated:  August 10, 2010        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2