1   Susan St. Vincent
    Acting Legal Officer
2   Matthew McNease
    Acting Legal Officer
3   NATIONAL PARK SERVICE
    Legal Office
4   P.O. Box 517
5   Yosemite, California  95389
    Telephone:  (209) 372-0241
6

7

8

9                  UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          DOCKET NO: 6:10-mj-018-MJS

13           Plaintiff,

14      v.                             **MOTION TO DISMISS; AND
                                       ORDER THEREON**
15  ELOY M. DIAZ,

16           Defendant.

17

18

19       Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

20  Court endorsed hereon, the United States hereby moves the Court for an order of

21  dismissal without prejudice in the interest of justice.

22

23       Dated:  April 28, 2014            NATIONAL PARK SERVICE

24

25                                          /S/ Matthew McNease
                                           Matthew McNease
26                                         Acting Legal Officer

27

28
                                        1

1

2

**ORDER**

3

4

5

6

7

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Eloy M. Diaz*, 6:10-mj-018-MJS, be dismissed, without prejudice, in the interest of justice.

8

IT IS SO ORDERED.

9

10

Dated:   April 28, 2014          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28